# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140514-5(121)


PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                      SC: 140514-5
                                                       COA: 276423; 276904
ARTHUR RONALD HAILEY, III,                             Wayne CC: 06-008941-01
        Defendant-Appellant.                                       06-008939-01
_____


        On order of the Chief Justice, a motion by plaintiff-appellee for extension to November 12, 2010 of the time for filing their brief on appeal is considered and it is granted.




I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2010

_____
Clerk